**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**ROBERTO ASTACIO,**

        **Defendant.**

---

**13-cr-754-02 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's motion to vacate Counts 4 and 5 and for other relief (Dkt. No. 68) by **December 2, 2019.** The defendant may reply by **December 6, 2019.**

The Court will, as requested, re-sentence the petitioner on **December 19, 2019** at **10 AM,** after deciding the current motion. The parties should confirm that they waive a pre-sentence report. The defendant's presence is not necessary at the re-sentencing proceeding.

**SO ORDERED.**

Dated:    New York, New York
            November 21, 2019

                                            John G. Koeltl
                                       **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/19