# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

December 5, 2019

**BY ECF ONLY**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/5/19

**RE:** *United States v. Roberto Astacio*, 13 Cr. 754 (JGK)

Dear Judge Koeltl:

On November 22, 2019, Your Honor entered a scheduling Order (Dkt. Entry # 70) that offered Mr. Astacio an opportunity to reply to the Government's response to Mr. Astacio's Motion to Vacate Counts Four and Five of the Judgment and for other relief. The Reply is due on Friday, December 6. I am writing to respectfully request a brief extension of time until Monday, December 9, 2019. The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Christine Magdo (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-5-19