UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

ROBERTO ASTACIO,
              Defendant.
-----------------------------------------------------------X

S2 13 cr 754-02 (JGK)

**ORDER**

The Court, in announcing an amended sentence for Roberto Astacio, misstated a name of Osvaldo Rivera Rodriguez, a joint and serval defendant with regard to forfeiture, as Orlando Rivera Rodriguez. The amended judgment for Roberto Astacio shall correctly reflect the name as Osvaldo Rivera Rodriguez.

The Court also correctly noted in the amended judgment that Count Two charged a violation of 18 USC §§1951 and 2, not §§1952 and 2, as reflected in the amended judgment.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 23, 2019

